Laura Each Nguyen, SBN 203141
Law Offices of Laura Each Nguyen, PC
2629 Townsgate Road, Suite 235
Westlake Village, CA  91361
Telephone:  (818) 665-4083
Facsimile:  (818) 206-3230

Attorneys for Plaintiff
AMERIFREIGHT, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIFREIGHT, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a corporation; and DOES 1 THROUGH 50, inclusive,<br><br>        Defendants. | Case No.: 2:14-CV-06937<br>Hon. Philip S. Gutierrez<br>Courtroom:  880<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE COURT ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The parties in matter have reached a conditional settlement and are currently finalizing the terms of the settlement agreement.  The parties expect to have the settlement agreement finalized and a stipulation for dismissal filed within thirty

NOTICE OF SETTLEMENT - 1

1  (30) days.  Plaintiff requests that the Court continue the Order to Show Cause for
2  thirty (30) days.

4  Dated: November 13, 2014                              /s/ Laura Nguyen
                                                        _____
                                                        Laura Each Nguyen, Attorney for
                                                        Plaintiff AMERIFREIGHT

NOTICE OF SETTLEMENT - 2