Laura Each Nguyen, SBN 203141
Law Offices of Laura Each Nguyen, PC
2629 Townsgate Road, Suite 235
Westlake Village, CA  91361
Telephone:  (818) 665-4083
Facsimile:  (818) 206-3230

Attorneys for Plaintiff
AMERIFREIGHT, INC.

E-FILED 12/16/14

JS-6

Link #17

Term #16

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIFREIGHT, INC., a California corporation, <br><br>            Plaintiff, <br><br>       vs. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a corporation; and DOES 1 THROUGH 50, inclusive, <br><br>            Defendants. | Case No.: 2:14-CV-06937-PSG <br> Hon. Philip S. Gutierrez <br> Courtroom:  880 <br><br> [PROPOSED] ORDER FOR DISMISSAL |

The parties have notified the Court has settled and presented a stipulation for dismissal.  As such, good cause being shown, the Court orders as follows:

IT IS HEREBY ORDERED THAT

   1. This matter is dismissed with prejudice.

1
2
3  Dated: __12/16/14_____          PHILIP S. GUTIERREZ
4                                      _____
5                                         Philip S. Gutierrez
                                        UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28